PER CURIAM.
Affirmed. See San Roman v. Unemployment Appeals Comm’n, 711 So.2d 93, 95 (Fla. 4th DCA 1998); Fink v. Florida Unemployment Appeals Comm’n, 665 So.2d 373 (Fla. 4th DCA 1996); Wolfson v. Unemployment Appeals Comm’n, 649 So.2d 363 (Fla. 5th DCA 1995); Ford v. Southeast Atlantic Corp., 588 So.2d 1039 (Fla. 1st DCA 1991); Heifetz v. Department of Bus. Reg., Div. of Alcoholic Beverages and Tobacco, 475 So.2d 1277, 1281-82 (Fla. 1st DCA 1985); Forkey & Kirsch, P.A. v. Unemployment Appeals Comm’n, 407 So.2d 319 (Fla. 4th DCA 1981); David Clark & Assoc., Inc. v. Kennedy, 390 So.2d 149, 151 (Fla. 1st DCA 1980); Andrus v. Florida Dep’t of Labor and Employment Sec., 379 So.2d 468 (Fla. 4th DCA 1980).